```
GARY M. RESTAINO
United States Attorney
District of Arizona
HEATHER A. MOILANEN-MILLER
Assistant United States Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520.620.7300
Email: heather.moilanen-miller@usdoj.gov
Attorneys for Plaintiff
```

FILED

2022 JUN 22 PM 6: 21

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Gilberto Lugo-Valdez,<br><br>　　　　　　Defendant. | CR22-01357 TUC-JCH(LCK)<br><br>I N D I C T M E N T<br><br>Violation:<br>　8 U.S.C. § 1326(a)(enhanced by<br>　8 U.S.C. § 1326(b)(2))<br><br>(Reentry of Removed Alien) |

**THE GRAND JURY CHARGES:**

On or about May 24, 2022, in the District of Arizona, to wit: at or near Lukeville, Gilberto Lugo-Valdez, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near Brownsville, Texas, on or about January 22, 2015, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security

///

to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(2).

A TRUE BILL

/ S /

FOREPERSON OF THE GRAND JURY
Dated:   June 22, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/ S /

HEATHER A. MOILANEN-MILLER
Assistant United States Attorney