THE LAW OFFICE OF RAMIRO S. FLORES, PLLC
55 West Franklin Street
Tucson, Arizona 85701
Tel: 520-884-5105
Fax: 520-884-5157
RAMIRO S. FLORES
Ariz. Bar No. 0019773
ramirofloreslaw@hotmail.com

*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | Case No: 4:22-cr-01357-JCH(LCK)-1 |
|---|---|
| Plaintiff, | WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF "NOT GUILTY" PLEA AND ACKNOWLEDGMENT OF TRIAL DATE AND PLEA DEADLINE |
| vs, | |
| Gilberto Lugo-Valdez, | |
| Defendant. | |

The Defendant and Defendants attorney acknowledge and agree that:

1. Defendant's attorney has provided the Defendant a copy of the Indictment;

2. Defendant's attorney has explained to the Defendant the nature and substance of the charge(s), the maximum penalties applicable to the charge(s), and Defendants' constitutional rights;

3. Defendant understand there is a right to appear personally at the arraignment to be advised of the charge(s). Defendant also understand that the execution of this waiver results in a waiver of the right to appear at the arraignment;

4. Defendant's attorney is authorized to appear at the arraignment on behalf of the Defendant. Defendant's attorney shall enter a plea of not guilty at the arraignment on Defendant's behalf.

Defendant, having conferred with the attorney of record, waiver personal appearance and the reading of the Indictment at arraignment in this case. Defendant authorized the entry of a not guilty plea on behalf of Defendant.

Defendant further waives personal notice of the date of trial and acknowledges that the trial will be on August 23, 2022, at 9:30 a.m., with a plea deadline of August 5, 2022, before the paired Magistrate Judge. Defendants understand that the Court's entry of a plea of Not Guilty will conclude the arraignment in this case.

Defendants TRUE NAME is: _____

DATE: June 29, 2022        /s/*Gilberto Lugo-Valdez with permission of defendant*
                           Gilberto Lugo-Valdez
                           DEFENDANT

                           Witnessed by:

DATE: June 29, 2022        */s/Ramiro S. Flores*
                           Ramiro S. Flores, Esq.
                           Attorney for Defendant

**DEFENDANTS LANGUAGE:**

☐   ENGLISH
X   SPANISH
☐   OTHER _____