THE LAW OFFICE OF RAMIRO S. FLORES, PLLC
55 West Franklin Street
Tucson, Arizona 85701
Tel: 520-884-5105
Fax: 520-884-5157
RAMIRO S. FLORES
Ariz. Bar No. 0019773
ramirofloreslaw@hotmail.com

*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | 4:22-cr-01357-JCH(LCK)-1 |
|---|---|
| Plaintiff, | MOTION TO WITHDRAW AS ATTORNEY OF RECORD |
| vs. | |
| Gilberto Lugo-Valdez, | *No Hearing Requested* |
| Defendant. | *Magistrate Judge Lynnette C. Kimmins* |

It is expected that excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(D) may occur as a result of this motion or an order based thereon.

COMES NOW the Defendant, Gilberto Lugo-Valdez, by and through his attorney undersigned, and hereby moves this Court to withdraw Ramiro S. Flores, Esq. of the Law Office of Ramiro S. Flores, PLLC as Attorney of Record for the foregoing reasons:

Undersigned counsel consulted with defendant on July 25, 2022.  Defendant has expressed to counsel that he would like another attorney to be appointed.

This motion is kept non-specific to protect attorney-client confidentiality and is made on the request of defendant Lugo-Valdez.

This motion is made in good faith and not for mere purpose of delay.

Respectfully submitted this 25th day of July 2022.

                                  THE LAW OFFICE OF RAMIRO S. FLORES, PLLC

                     By:    */s/Ramiro S. Flores*
                               Ramiro S. Flores
                               Attorney for Defendant

ORIGINAL of the foregoing filed with the Clerk via CM/ECF, and COPIES distributed electronically this date to:

Magistrate Judge Lynnette C. Kimmins
United States District Court

Ms. Heather Ann Moilanen-Miller
Assistant United States Attorney